# EXHIBIT 3

To the Verified Complaint dated September 2, 2022

## Mark Pincus

**From:** Drendel, Mike <Mike.Drendel@svbsecurities.com>
**Sent:** Monday, May 16, 2022 8:20 AM
**To:** Dubin, Dan
**Cc:** Del Corsano, Christine
**Subject:** Resignation

Dan,
Per our discussion this morning, this email serves as notice that I am resigning from the firm effective immediately.

Again, I sincerely appreciate my seven years at Leerink Partners / SVB Leerink / SVBS and the relationships that have been built with others here.

Best regards,
Mike

Mike Drendel

Senior Managing Director,
Healthcare Investment Banking

mike.drendel@svbsecurities.com
T / +1.704.969.8083

svb Securities