# EXHIBIT 5

To the Verified Complaint dated September 2, 2022

svb Securities

May 17, 2022

jonathan.santelli@raymondjames.com
Jonathan N. Santelli, Esq.
Executive Vice President and General Counsel
Raymond James Financial, Inc.
880 Carillon Parkway
St. Petersburg, FL 33716-1102

Recruitment of SVB Securities Employees

Dear Mr. Santelli:

We have learned that Raymond James has recruited two, and is seeking to recruit additional, current employees of SVB Securities. Specifically, Mike Drendel and Donald Matz both gave notice of their resignations yesterday, and we know that Raymond James has also contacted several others including Kyle Radavich and Juan Carlos Barretto. Messrs. Drendel, Matz, Radavich and Barretto and the others contacted by Raymond James are investment bankers who work together in our small Charlotte office.

We are writing to advise you that Mr. Drendel and Mr. Matz each signed an employment agreement with SVB Securities. These employment agreements require notice periods of three and two months, respectively. In addition, the employment agreements contain restrictive covenants prohibiting, for one year, the employees from directly or indirectly soliciting other employees to terminate their employment with SVB Securities, hiring or causing others to hire any employee of the firm, assisting in the hiring process of any employee of the firm, and causing others to participate, encourage or assist in the hiring process of any employee of the firm. In addition, the employment agreements also prohibit, for three months, the employees from directly or indirectly soliciting the trade or patronage of any clients or customers of the firm with whom the employee had significant contact or obtained confidential information while an employee of the firm. In addition, each employee owes a continuing duty to the firm to protect and not to disclose any confidential or propriety information of the firm with respect to its operations, business or clients.

Please be advised that we currently intend to enforce all applicable notice periods and expect each departing employee to comply fully with his restrictive covenants and other ongoing legal obligations. Moreover, Raymond James should not take any action that will cause or encourage any departing employee to breach his contractual obligations or otherwise violate his fiduciary duties to the firm.

SVB Securities

SVB Securities is investigating this matter including Raymond James' communications with these employees and other employees and reserves all its rights and remedies.

If you would like to discuss this matter, please contact me by telephone at (212) 404-4585 or by email at steven.heineman@svbsecurities.com.

Sincerely,

Steven P. Heineman
General Counsel