# EXHIBIT 6

To the Verified Complaint dated September 2, 2022

MAYNARD
COOPER GALE

**Peter S. Fruin**
DIRECT 205.254.1068
EMAIL pfruin@maynardcooper.com

August 15, 2022

**Via Federal Express**

Mr. Steven P Heineman
General Counsel
SVB Securities
1301 Avenue of the Americas
12th Floor
New York, NY 10019
(212) 277-6000
Steven.heineman@svbsecurities.com

**Re: Reimbursement of Money's Wrongfully Paid to Michael Drendel**

Dear Mr. Heineman:

Enclosed please find a check from Michael Drendel made out to SVB Securities in the amount of Seventy-Nine Thousand, Seven Hundred Forty Seven Dollars and 12 Cents ($79,747.12). This is the total amount wrongfully sent by SVB Securities through six direct deposits into Mr. Drendel's checking account. Mr. Drendel's employment with SVB Securities ended on May 16, 2022 when he resigned, and no binding agreement required him to work any longer. Moreover, the 13th Amendment to the United States Constitution prohibits the specific performance of employment notice provisions.

Please confirm that any and all tax or other deductions relating to these wrongful payments are reversed as well. Further, please inform us of the difference in health insurance coverage as a result of your improper attempts to force Mr. Drendel to be employed versus offering him COBRA coverage as required by federal law. Mr. Drendel will reimburse for any difference.

As you know, I am counsel for Mr. Drendel so should you have any questions, or need to reach Mr. Drendel or me for any reason, I am available by telephone – work 205-254-1068, or cell 205-563-1068, and email pfruin@maynardcooper.com. For more urgent messages my cell phone, voice and/or text, are best.

Please contact me should you have any questions or need to discuss anything.

Very truly yours,

Peter S. Fruin

Enclosure
/amm