# EXHIBIT 8

To the Verified Complaint dated September 2, 2022

< Back Report Share

**MICHAEL CONRAD DRENDEL**

**CRD#: 4290397**

B Broker *Regulated by* ***FINRA***

**RAYMOND JAMES & ASSOCIATES, INC.**
CRD#: **705**
880 CARILLON PARKWAY
ST. PETERSBURG, FL 33716 +1

**0** Disclosures

**19** Years of Experience
**5** Firms

**4** Exams Passed

**2** State Licenses

Examination(s) Close

### State Securities Law Exam

B Series 63 - Uniform Securities Agent State Law Examination
Mar 12, 2001

### General Industry/Products Exam

B SIE - Securities Industry Essentials Examination
Oct 1, 2018

B Series 7 - General Securities Representative Examination
Nov 27, 2000

### Principal/Supervisory Exam

B Series 24 - General Securities Principal Examination
May 19, 2015

Additional information including this individual's professional designations is available in the Detailed Report.

License(s) Close

### State Registrations

B New York

B North Carolina

### SRO Registrations

B Cboe BYX Exchange, Inc.

B Cboe BZX Exchange, Inc.

B Cboe EDGA Exchange, Inc.

B Cboe EDGX Exchange, Inc.

B FINRA

B NYSE American LLC

B NYSE Arca, Inc.

B Nasdaq PHLX LLC

B Nasdaq Stock Market

B New York Stock Exchange

Current Registration(s) Close

B RAYMOND JAMES & ASSOCIATES, INC. (CRD#:705)

880 CARILLON PARKWAY, ST. PETERSBURG, FL 33716

Registered with this firm since 8/19/2022

B SVB SECURITIES LLC (CRD#:39011)

227 West Trade Street, Charlotte, NC 28202

Registered with this firm since 3/12/2015

Previous Registration(s) Close

LAZARD MIDDLE MARKET LLC (CRD#:146092)
CHARLOTTE, NC
04/21/2009 - 03/11/2015

WACHOVIA CAPITAL MARKETS, LLC (CRD#:126292)
CHARLOTTE, NC
11/27/2003 - 03/27/2009

LINCOLN PARTNERS L.L.C (CRD#:42045)
CHICAGO, IL
11/29/2000 - 01/17/2002

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

B Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

IA Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

PR Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use

Privacy | Legal

©2022 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.