# EXHIBIT 9

To the Verified Complaint dated September 2, 2022

/ww.faceboo SHARE

Media Contact:
Jana Fuller
727.567.2824 (tele:727.567.2824)

raymondjames.com/news-and-media/press-releases (/news-and-media/press-releases)

August 17, 2022

# Raymond James adds to growing Healthcare Investment Banking practice, hires four senior bankers including new group head

## Healthcare practice also opens new Charlotte office

ST. PETERSBURG, Fla. - Raymond James is expanding its Healthcare Investment Banking practice through the hiring of four senior bankers, including Senior Managing Director Doug Brown, who joins as the new head of Healthcare Investment Banking. With these hires, Raymond James is establishing an investment banking presence in Charlotte, North Carolina providing additional geographic scale, which builds upon the momentum of the existing Healthcare offices. Joining Brown in the new Charlotte office are Managing Directors Mike Drendel and Don Matz as well as Director Juan Carlos Barreto. Riley Sweat and Andrew Gitkin, who previously co-led the Healthcare team, will remain active with the group and serve as vice chairmen.

Doug Brown has more than 25 years of healthcare deal experience and joins Raymond James from NeoGenomics Laboratories where he served as chief strategy and corporate development officer. He previously held senior investment banking positions at SVB Leerink, Lazard and Wachovia Securities. In addition to his role as group head, Brown will leverage his prior experience and expertise to expand Raymond James' life sciences coverage inclusive of diagnostics, laboratory services and informatics. Brown holds a Bachelor of Business Administration degree from the University of Texas and an MBA from Duke University's Fuqua School of Business.

"Raymond James has a strong reputation in the healthcare space paired with a powerful global banking platform that provides clients the expertise and attention required for each unique engagement," said Brown. "There's limitless potential to continue growing this practice and I look forward to building on the great work done by Riley, Andrew and the entire team."

Mike Drendel comes to Raymond James from SVB Leerink where he led the specialty and generic pharmaceutical franchise as a senior managing director. He previously held roles at Lazard and Wachovia Securities and has more than 20 years of investment banking experience, primarily in the healthcare space. Drendel has an undergraduate degree in accounting from the University of Notre Dame and an MBA from the University of Chicago Booth School of Business.

With almost 15 years of investment banking experience, Don Matz joins Raymond James from SVB Leerink where he focused on M&A and capital raising efforts within the pharmaceutical services & technology sector. He previously was with Leerink Partners, before it was acquired by SVB, and Lazard and holds a finance degree from Carnegie Mellon University. Matz will continue to focus on pharmaceutical services & technology companies that are addressing complex needs across the drug development continuum.

Juan Carlos Barreto comes to Raymond James from SVB Leerink with nearly 10 years of investment banking experience. He previously held roles at Leerink Partners, before it was acquired by SVB, and Wells Fargo Securities, primarily focused on the specialty and generic pharmaceuticals and pharmaceutical services sectors. Barreto holds a Bachelor of Science in business administration and finance from the University of Florida.

Riley Sweat has worked in investment banking for 38 years and joined the Raymond James healthcare team in 2001 as its leader. Throughout his tenure, the team has experienced significant growth, building the practice from a team of less than 10 investment bankers to nearly 60 across the US and Europe. In that same time, the team also expanded its sector coverage from a primary focus on the services sector to covering multiple relevant sectors across the healthcare industry landscape. Andrew Gitkin joined Raymond James in 2019 as the practice co-head with Sweat and expanded the firm's West Coast presence with the opening of a Los Angeles office, and bolstered coverage of the biotechnology sector. In their new roles as vice chairs, Sweat will remain in Nashville, Tennessee and Gitkin in Los Angeles.

"Healthcare is a key industry for Raymond James and under Riley and Andrew's leadership, our practice has grown into a sophisticated, industry-leading effort that is adept at changing alongside the sector itself," said Jim Bunn, president of Raymond James Global Equities and Investment Banking. "Because of the successful practice they've built, we're able to add this Charlotte office and fill it with four talented and respected senior bankers who are plugged into every corner of healthcare. Doug is a tremendous leader who will continue to grow the practice through delivering successful outcomes and meaningful results to clients."

**About Raymond James Investment Banking**
Raymond James Investment Banking offers highly regarded capital formation and financial advisory services. Since 2017, we have participated in raising over $310 billion in capital for our corporate clients and completed more than 1,055 advisory assignments, including over 870 M&A buy-side or sell-side advisory assignments. Raymond James & Associates, Inc., member New York Stock Exchange/SIPC.

**About Raymond James Financial, Inc.**
Raymond James Financial, Inc., (NYSE: RJF) is a leading diversified financial services company providing private client group, capital markets, asset management, banking and other services to individuals, corporations and municipalities. The company has approximately 8,600 financial advisors. Total client assets are $1.13 trillion. Public since 1983, the firm is listed on the New York Stock Exchange under the symbol RJF. Additional information is available at raymondjames.com (http://www.raymondjames.com).

(https://www.facebook.com/RaymondJames/) (https://twitter.com/RaymondJames)

(https://www.linkedin.com/company/raymond-james-financial-inc-)

(https://www.instagram.com/raymondjames/)

About Us (/about-us)

Careers (/careers)

Investor Relations (/investor-relations)

News & Media (/news-and-media)

Contact Us (/contact-us)

- Legal Disclosures (/legal-disclosures)
- Privacy, Security & Account Protection (/privacy-security-and-account-protection)
- Terms of Use (/terms-of-use)
- Equal Opportunity Employer (/equal-opportunity-employer)

© 2022 Raymond James Financial, Inc. All rights reserved.

Raymond James & Associates, Inc., member New York Stock Exchange (https://www.nyse.com/index) / SIPC (http://www.sipc.org/), and Raymond James Financial Services, Inc., member FINRA (http://www.finra.org/) / SIPC (http://www.sipc.org/), are subsidiaries of Raymond James Financial, Inc.

Raymond James® and Raymond James Financial® are registered trademarks of Raymond James Financial, Inc.

Raymond James & Associates Statement of Financial Condition – March 2022 (PDF) (/-/media/rj/dotcom/files/our-company/about-us/rja_statement_of_financial_condition_march_2022.pdf)