# EXHIBIT 10

To the Verified Complaint dated September 2, 2022

RAYMOND JAMES
(/)

Health Care Investment Banking

# A track record of leading edge solutions.

Amidst rapidly changing technologies and groundbreaking scientific discoveries, the health care industry is constantly evolving. Keeping the pace is the Health Care Investment Banking group of Raymond James, one of the oldest, largest and most successful health care-focused advisory services practices in the U.S. in terms of domain expertise, dedicated resources and track record. Supplementing its U.S. platform, the group is expanding into Europe to enhance its ability to serve clients and equity sponsors. Our well-recognized investment banking practice has more than 40 professionals focused exclusively on advising middle-market companies across the health care services, health care technology, life sciences, and medical technology sectors. We have completed more than 160 transactions since 2014 and have longstanding relationships with an expansive network of health care-focused equity sponsors.

Recent Transactions

RAYMOND JAMES
(/)

August 2022
SHARPS Compliance, Inc.
Has been acquired by
CURTIS BAY MEDICAL WASTE SERVICES
A portfolio company of
AURORA CAPITAL PARTNERS

July 2022
lumiraDx
**$75,250,000**
Follow-On Offering
Bookrunning Manager

July 2022
lumiraDx
**$25,000,000**
Private Placement
Capital Markets Advisor

June 2022
89bio
**$94,500,000**
Follow-On Offering
Bookrunning Manager

June 2022
SANDSTONE CARE
Has been recapitalized by
VISTRIA

May 2022
tarsus
**$75,600,000**
Follow-On Offering
Bookrunning Manager

May 2022

April 2022

March 2022

**View Transactions**

## Senior Banking Team

RAYMOND JAMES (/)



## Doug Brown

Head of Health Care
Charlotte



## Andrew Gitkin

Vice Chairman
Los Angeles

**+1.424.313.3599 (tel:+1.424.313.3599)**

(mailto: Andrew.Gitkin@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=264b54dd-3fa0-46f8-bdf4-93a7517f808d)

**Read Bio**



## Riley Sweat

Vice Chairman
Nashville

**+1.615.645.6775 (tel:+1.615.645.6775)**

(mailto: riley.sweat@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=05a2f56f-8841-41c3-be43-a97e010c2aac)

**Read Bio**



## Taylor Jordan

Chief Operating Officer, Health Care
St. Petersburg

**727.567.1071 (tel:727.567.1071)**

(mailto: taylor.jordan@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=da667feb-f67f-4531-8291-5ab9258f0d53)

**Read Bio**

RAYMOND JAMES
(/)



## Stuart Barich

Managing Director
New York

+1.212.885.1826 (tel:+1.212.885.1826)

(mailto: stuart.barich@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=51541cac-eaef-495b-9813-774e73e1e23e)



## Mike Drendel

Managing Director
Charlotte

+1.704.649.6801 (tel:+1.704.649.6801)

(mailto: mike.drendel@raymondjames.com)



## Frank Hancock

Managing Director
St. Petersburg

+1.727.567.5016 (tel:+1.727.567.5016)

(mailto: Frank.Hancock@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=2ee79473-5ef4-4a34-a158-715684915ab3)

Read Bio

RAYMOND JAMES (/)



## Ryan Kaeding

Managing Director
Los Angeles

## Marwan Kubursi

Managing Director
Toronto

**+1.416.777.6373 (tel:+1.416.777.6373)**

(mailto: marwan.kubursi@raymondjames.ca)

(/DotCom/Components/GetVCard?bioId=ee95b7d9-e0b3-458b-aebb-15038a6a8b95)

**Read Bio**



## Burk Lindsey

Managing Director
Nashville

**+1.615.645.6778 (tel:+1.615.645.6778)**

(mailto: Burk.Lindsey@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=1b43108f-77f4-4a36-bbb1-2ad5bf3c60fb)

**Read Bio**



## Don Matz

Managing Director
Charlotte

**+1.440.227.1794 (tel:+1.440.227.1794)**

(mailto: don.matz@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=6d89253e-a0f2-48ab-9006-56b6769c57a4)

RAYMOND JAMES
(/)



## Titus Phoro, PharmD

Managing Director
Los Angeles

+1.424.313.3632 (tel:+1.424.313.3632)

(mailto: titus.phoro@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=46f6b607-c683-43fc-a47e-816b272f56e1)



## David Stubbs

Managing Director
London

+44.20.3798.5747 (tel:+44.20.3798.5747)

(mailto: David.Stubbs@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=9c4a6c7d-ee6b-4d9b-a697-4d96ae781ae8)

Read Bio



## Reed Welch

Managing Director
Denver

+1.303.200.5528 (tel:+1.303.200.5528)

(mailto: Reed.Welch@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=f3028e86-cdd5-4742-9ebd-0c0e9b0c7e3e)

Read Bio

RAYMOND JAMES
(/)



## Juan Carlos Barreto

Director
Charlotte



## Deborah Gerewitz

Director
New York

**+1.212.856.4383 (tel:+1.212.856.4383)**

(mailto: Deborah.Gerewitz@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=e93a677f-9ab8-4975-b5c9-ed91ffdf77cd)

**Read Bio**



## Mike Gold

Director
Nashville

**+1.615.645.6792 (tel:+1.615.645.6792)**

(mailto: Mike.Gold@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=13307b2d-9d7b-4018-b217-0b31373a7a7a)

**Read Bio**



## Jonathan Herrmann

Director
New York

**+1.212.856.4384 (tel:+1.212.856.4384)**

(mailto: Jonathan.Herrmann@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=665d0fb1-be9f-49a6-a0ee-ebfab307a63c)

**Read Bio**

RAYMOND JAMES
(/)



## Mathew Kurian

Director
New York

+1.212.856.5407 (tel:+1.212.856.5407)

(mailto: Mat.Kurian@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=26c6cbfa-8ee7-4b2c-80b9-8e5b691c3bfb)



## Mike Malloy

Director
Nashville

+1.615.645.6777 (tel:+1.615.645.6777)

(mailto: mike.malloy@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=8bf3c0ca-51cf-40b5-b7a9-fb2862c30d68)

Read Bio



## Valerie Rinecker

Director
Munich

+49.89.2323.7749 (tel:+49.89.2323.7749)

(mailto: valerie.rinecker@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=85e942fc-ba23-457c-858c-c417dbbe95a8)

Read Bio

RAYMOND JAMES
(/)



### Brian Soloway
Director
Los Angeles



### Diego Fernandez-Soto
Vice President
Nashville

**+1.615.645.6785 (tel:+1.615.645.6785 )**

(mailto: diego.fernandez-soto@raymondjames.com)

(/DotCom/Components/GetVCard?bioId=09ed7fab-ef09-4bb3-a3e0-cc667c5516fd)

**Read Bio**

### Dylan Gering
Vice President
New York

**+1.212.883.4083 (tel:+1.212.883.4083)**

(mailto: Dylan.Gering@RaymondJames.com)

(/DotCom/Components/GetVCard?bioId=04c78f18-2be2-491e-9ef3-bb5af5255fe0)

**Read Bio**

## Locations

**CHARLOTTE**
615 S College Street
9th Floor
Charlotte, NC 28202

**DENVER**
1401 Wynkoop Street
Suite 350
Denver, CO 80202
**P: +1.303.200.5557**

**LONDON**
11 Hanover Square
London, UK

**LOS ANGELES**
10250 Constellation Blvd.
Suite 1650

W1S 1JJ

RAYMOND JAMES
(/)

P: +44.20.3798.5700

Los Angeles, CA 90067

**P: +1.424.313.3600**

**MUNICH**

Theresienstrasse 1

80333 Munich

Germany

**P: +49.89.2323.7733**

**NASHVILLE**

1033 Demonbreun Street

Suite 505

Nashville, TN 37203

**P: +1.615.645.6700**

**NEW YORK**

320 Park Ave

10th Floor

New York, NY 10022

**P: +1.212.297.5600**

**SAN FRANCISCO**

One Embarcadero Center

Suite 650

San Francisco, CA 94111

**P: +1.415.616.8900**

**ST. PETERSBURG**

880 Carillon Parkway

St. Petersburg, FL 33716

**P: +1.727.567.5012**

**TORONTO**

Suite 5300

40 King Street West

Scotia Plaza, PO Box 415

Toronto, ON

Canada M5H 3Y2

**P: +1.877.363.1024**

Transaction history may include a transaction completed by a Raymond James banker while at a former firm.

## Recent News

Investment Banking | August 17, 2022

# Raymond James adds to growing Healthcare Investment Banking practice, hires four senior bankers including new group head

**Read more**

RAYMOND JAMES
(/)

Investment Banking | June 8, 2022

## Raymond James adds senior banker to growing Financial Sponsors Investment Banking practice

Read More

Public Finance | August 8, 2022

## Raymond James continues midwest expansion with addition of two veteran education professionals

Read More

View All (/corporations-and-institutions/press-releases)

(https://www.facebook.com/RaymondJames/) (https://twitter.com/RaymondJames)
(https://www.linkedin.com/company/raymond-james-financial-inc-)
(https://www.instagram.com/raymondjames/)

RAYMOND JAMES
(/)

About Us (/about-us)

Careers (/careers)

Investor Relations (/investor-relations)

News & Media (/news-and-media)

Contact Us (/contact-us)

- Legal Disclosures (/legal-disclosures)
- Privacy, Security & Account Protection (/privacy-security-and-account-protection)
- Terms of Use (/terms-of-use)
- Equal Opportunity Employer (/equal-opportunity-employer)

© 2022 Raymond James Financial, Inc. All rights reserved.

Raymond James & Associates, Inc., member New York Stock Exchange (https://www.nyse.com/index) / SIPC (http://www.sipc.org/), and Raymond James Financial Services, Inc., member FINRA (http://www.finra.org/) / SIPC (http://www.sipc.org/), are subsidiaries of Raymond James Financial, Inc.

Raymond James® and Raymond James Financial® are registered trademarks of Raymond James Financial, Inc.

Raymond James & Associates Statement of Financial Condition – March 2022 (PDF) (/-/media/rj/dotcom/files/our-company/about-us/rja_statement_of_financial_condition_march_2022.pdf)