# EXHIBIT 11

To the Verified Complaint dated September 2, 2022

in Home My Networl



# Mike Drendel · 3rd

Healthcare Investment Banker

- Raymond James & Associates, Inc.
- The University of Chicago Booth School of Business

Charlotte, North Carolina, United States · Contact info

500+ connections

Message More

## Activity

774 followers

Mike Drendel posted this • 2w

I'm happy to share that I'm starting a new position as Managing Director at Raymond James & Associates, Inc. !

221 41 comments

Show all activity →

## Experience

### Managing Director

Raymond James & Associates, Inc.

Aug 2022 - Present · 1 mo

### Managing Director

Home My Network

### Managing Director, Healthcare Investment Banking
Lazard
2009 - Mar 2015 · 6 yrs 3 mos

Pharmaceuticals / healthcare focus

### Vice President, Healthcare Investment Banking
Wachovia Securities, LLC
2003 - 2009 · 6 yrs

### Investment Banker
Lincoln International
2000 - 2001 · 1 yr

Show all 7 experiences →

## Education

### The University of Chicago Booth School of Business
MBA, Finance
2001 - 2003

### University of Notre Dame
BA, Accounting
1991 - 1995

## Interests

Companies Schools

### The New York Times
7,038,691 followers

### Rare Disease Therapeutics, Inc.
930 followers

Show all 9 companies →

Home My Networ



Mark S., find the [LinkedIn Talent Solutions] nt to inte

Post a free job

## People also viewed

Blake Joh
• 2nd
Healthcare Investment Banking
Connect


Doug Brown • 3rd
Head of Healthcare Investment Banking at Raymond James
Message

Mahe Ravi
• 2nd
Managing Director at SVB Leerink
Connect


Thaddeus Davis • 2nd
Senior Managing Director at SVB Leerink
+ Follow


Juan Carlos Barreto
• 3rd
Director Healthcare Investment Banking at Raymond James & Associates
Message

Show more

## People you may know


Simone Noonan

Home My Networl



Celia Cohen

Investigations and White Collar Partner at Norton Rose Fulbright | Attorney Handling Regulatory Issues, Corporate Investigations, Securities, Compliance and Enforcement...

Connect



Saira Hussain

Americas Legal Risk Oversight Officer (Director & Senior Counsel)

Connect



Jean Guerrero

Conference Services Coordinator at Boies Schiller Flexner LLP

Connect



Ryan Pollock

--

Connect

Show more

LEARNING

Add new skills with these courses



Nano Tips for Communicating with Confidence with Selena Rezvani



Nano Tips for Finding Happiness Through Empathy with Shadé Zahrai



Nano Tips to Stop Overthinking with Shadé Zahrai

See my recommendations

Home My Networl

Companies are looking for experts just like you.

Surety Bonds Online
Attorneys Instantly Obtain Estate, Probate, Trustee Bonds & More Now

Hire Laravel Developer
80+ Laravel Developers. @$2680/mo. Get 15 Days Free Trial. Book a Call Now.

LinkedIn

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center
Accessibility
Careers
Ad Choices
Mobile
Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2022