IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-457-RJC-DCK

| | |
|---|---|
| **SVB FINANCIAL GROUP, and SVB SECURITIES HOLDINGS LLC,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **MICHAEL DRENDEL,** | )<br>) |
| **Defendant**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Joshua B. Baker, concerning Peter S. Fruin, on September 6, 2022. Peter S. Fruin seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Peter S. Fruin is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 6, 2022

David C. Keesler
United States Magistrate Judge