**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-cv-00457**

| | |
|---|---|
| SVB FINANCIAL GROUP and SVB SECURITIES HOLDINGS LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL DRENDEL,<br><br>*Defendant.* | **DECLARATION OF MICHAEL DRENDEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Michael Drendel, being duly sworn, deposes and says under penalty of perjury:

1. I am a Managing Director in the Healthcare Investment Banking Group at Raymond James & Associates, Inc. ("Raymond James") and am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based upon my personal knowledge.

2. I submit this Declaration in support of Defendant Michael Drendel's Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

3. I joined the Investment Banking Department of Leerink Partners LLC as a Managing Director on March 11, 2015. In anticipation of that employment, I signed an agreement with Leerink Partners LLC dated December 9, 2014 ("2014 Agreement," a true and correct copy of which is attached hereto as Exhibit A). The 2014 Agreement set forth, in part, terms relating to the termination of my employment, post-employment limitations, and remedies relating to the

same. I understand that this 2014 Agreement was also Exhibit 1 to the Verified Complaint filed with this Court on September 2, 2022. *See* Dkt No. 1-1.

4. In 2018, SVB Financial Group ("SVB") was contemplating the acquisition of Leerink Holdings LLC (together with Leerink Partners LLC, "Leerink"). Contingent upon the merger and my continued employment with SVB's securities-licensed subsidiary, SVB Securities LLC ("SVB Securities"), SVB offered me revised employment terms and a retention bonus, both of which were outlined in an agreement between me, SVB, and Leerink Holdings LLC dated November 11, 2018 ("2018 Agreement," a true and correct copy of which is attached as Exhibit B). The 2018 Agreement, like the 2014 Agreement, set forth, in part, terms relating to the termination of my employment, post-employment limitations, and remedies relating to the same. I understand that this 2018 Agreement was also Exhibit 2 to the Verified Complaint filed with this Court on September 2, 2022. *See* Dkt No. 1-2.

5. This 2018 Agreement in paragraph 6(j) stated "[t]his Agreement sets forth the entire agreement between the parties, and fully supersedes any and all prior agreements, understandings, or representations between the parties pertaining to the subject matter of this Agreement." *See* Exhibit B at § 6(j).

6. I understood the 2018 Agreement was the only enforceable agreement after November 11, 2018.

7. SVB acquired Leerink with an effective date of January 4, 2019. As of that date, Leerink Partners LLC was renamed SVB Securities, and SVB Securities became my employer.

8. On May 16, 2022, I gave SVB Securities notice of immediate termination of my employment.

9. In response, SVB Securities acknowledged my notice of termination of employment in a letter dated May 17, 2022 ("May 17 Letter," a true and correct copy of which is attached as Exhibit C). I understand that the May 17 Letter was also Exhibit 4 to the Verified Complaint filed with this Court on September 2, 2022. *See* Dkt No. 1-4.

10. I began my employment with Raymond James on August 17, 2022.

11. After termination of my employment on May 16, 2022 until starting my employment with Raymond James on August 17, 2022, I did not compete with SVB Securities, SVB, or Leerink in any way. Specifically, I did not work for any business that operates in the industries in which SVB Securities, SVB, or Leerink performs services or offers products including, but not limited to, investment banking, commercial banking, sell-side equity research, or securities sales and trading activities.

12. After termination of my employment on May 16, 2022 through August 16, 2022, I did not use any confidential customer information or solicit customers or clients of SVB Securities, SVB, Leerink, or any of their subsidiaries to terminate their relationships, or otherwise compete, with SVB Securities, SVB, Leerink, or their subsidiaries.

13. After termination of my employment on May 16, 2022 through August 16, 2022, neither SVB Securities nor SVB requested my assistance or involvement with (1) any of SVB Securities' client engagements for transactions that had yet to be completed or (2) active discussions with any potential clients interesting in hiring SVB Securities' Specialty Pharmaceuticals group.

14. Upon starting my employment with Raymond James on August 17, 2022, I was instructed not to use any confidential customer information of SVB Securities or SVB and not to solicit (1) any current clients or customers of SVB Securities, SVB, Leerink, or their affiliates, (2)

any clients or customers that I know is engaged, or had previously been engaged, in discussions with SVB Securities or SVB, and (3) any current employee of SVB Securities (or its affiliates) or former employee that had been employed by SVB Securities (or its affiliates) during the year prior to my termination.

15. Since beginning my employment with Raymond James on August 17, 2022, I have not engaged in any of the aforementioned activities. Specifically, I have not used any confidential customer information of SVB Securities or SVB nor solicited (1) any current clients or customers of SVB Securities, SVB, Leerink, or their affiliates, (2) any clients or customers that I know is engaged, or had previously been engaged, in discussions with SVB Securities or SVB, and (3) any current employee of SVB Securities (or its affiliates) or former employee that had been employed by SVB Securities (or its affiliates) during the year prior to my termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2022

Signed: ______________________

Michael Drendel