# Exhibit C

svb Securities

May 17, 2022

Mike Drendel
[redacted]

Continuing Obligations to SVB Securities

Dear Mike:

In light of your and Don Matz's notices of resignation submitted yesterday, and the fact that your new firm, Raymond James, has also contacted a number of other SVB Securities current employees with whom you worked in the Charlotte office, we are writing to remind you that you signed an employment agreement with SVB Securities and a retention award agreement with SVB Financial Group and Leerink Holdings. These agreements require a notice period of three months, and the retention award agreement also contains a three-month non-compete. In addition, the agreements contain restrictive covenants prohibiting you, for one year, from directly or indirectly soliciting other employees to terminate their employment with SVB Securities, hiring or causing others to hire any employee of the firm, assisting in the hiring process of any employee of the firm, and causing others to participate, encourage or assist in the hiring process of any employee of the firm. In addition, the employment agreements also prohibit you, for three months, from directly or indirectly soliciting the trade or patronage of any clients or customers of the firm with whom you had significant contact or obtained confidential information while an employee of the firm. In addition, you owe a continuing duty to the firm to protect and not to disclose any confidential or propriety information of the firm with respect to its operations, business or clients.

Please be advised that we currently intend to enforce your three-month notice period and expect you to comply fully with your restrictive covenants and other continuing legal obligations. Moreover, your new employer, Raymond James, should not take any action that will cause or encourage you to breach your contractual obligations or otherwise violate his fiduciary duties to the firm. We have written separately to Raymond James advising them of your restrictions and ongoing obligations to the firm.

We are investigating this matter including Raymond James' communications with you and other employees, as well as the circumstances surrounding your and Don Matz's resignations on the same day to join the same firm. We reserve all our rights and remedies.

If you would like to discuss this matter, please contact me by telephone at (212) 404-4585 or by email at steven.heineman@svbsecurities.com.

Sincerely,

Steven P. Heineman
General Counsel